SUAREZ, J.
 

 This is an appeal of an order summarily denying a motion under Florida Rule of Criminal Procedure 3.800(a). On appeal from a summary denial, this Court must reverse unless the post-conviction record shows conclusively that the appellant is entitled to no relief.
 
 See
 
 Fla. R.App. P. 9.141(b)(2)(A), (D).
 

 Because the record now before us fails to conclusively refute the defendant’s claim that he is owed 2,460 days of credit for time served in prison on the original incar-
 
 *853
 
 cerative portion of his sentence, we reverse the order and remand for further proceedings. If the trial court again enters an order summarily denying the post-conviction motion, the court shall attach record excerpts that conclusively refute the defendant’s claim that he is owed 2,460 days of credit for time served.
 

 Reversed and remanded for further proceedings.